CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Luis Oscar Cepeda-Solis<br>DOB: 1971; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-04365MJ** |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about March 27, 2026, in the District of Arizona, **Luis Oscar Cepeda-Solis** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) SCCY GPX 9 mm pistol; one (1) Hamerlie Arms Forge H-1 .22 pistol; (1) Mauser 1911 .22 pistol; 10 rounds of 9mm ammunition; 100 rounds of .22 caliber ammunition; one (1) 9mm magazine; and four (4) .22 caliber magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 27, 2026, at approximately 7:30 p.m., Customs and Border Protection Officers (CBPOs) working outbound inspection operations at the DeConcini Port of Entry in Nogales, Arizona, stopped 2011 BWW 328i sedan bearing Arizona license plate number WBA071. An outbound CBPO stopped the vehicle and identified the driver, sole occupant, and registered owner as **Luis Oscar CEPEDA-Solis. CEPEDA** told the CBPO that **CEPEDA** was coming from Casa Grande where he lived and was traveling to Hermosillo to visit family. CBPOs took a binding negative outbound declaration to include weapons, ammunition, and money over $10,000. A CBPO searched a bag in the rear seat and found two empty gun cases, at which point the CBPO instructed **CEPEDA** to turn off the vehicle and provide identification. The CBPO reported **CEPEDA** was visibly shaking as he removed his ID. When the CBPO instructed **CEPEDA** to exit the vehicle for a pat down, the CBPO saw what looked like the grip of a handgun sticking out of **CEPEDA's** pocket. CBPOs removed the handgun, along with two additional handguns, boxed ammunition, loose ammunition, and extra firearm magazines from **CEPEDA's** pockets. CBPOs stated that **CEPEDA** claimed that the guns belonged to him and that he wasn't "going to do anything with them." A red-dot sight, a firearm aiming mechanism, was also recovered from under the passenger seat. In total, CBP seized one (1) SCCY GPX 9 mm pistol; one (1) Hamerlie Arms Forge H-1 .22 pistol; (1) Mauser 1911 .22 pistol; 10 rounds of 9mm ammunition; 100 rounds of .22 caliber ammunition; one (1) 9mm magazine; and four (4) .22 caliber magazines; two (2) pistol grip attachments; and one (1) red-dot sight kit.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Sarah B. Houston* | SIGNATURE OF COMPLAINANT<br>TIMOTHY J MCCOY  Digitally signed by TIMOTHY J MCCOY<br>Date: 2026.03.30 09:45:16 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI SA Timothy McCoy |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 30, 2026 |
|---|---|

[1]    See Federal Rules of Criminal Procedure Rules 3, 4, and 54

26-04365MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2 of 2**

During a *post*-Miranda statement, **CEPEDA** admitted to knowingly attempting to cross into Mexico with the handguns, ammunition, and other items. **CEPEDA** stated he knows it is illegal to cross weapons into Mexico. **CEPEDA** stated that it was a mistake, and that they were just for protection and collection.

The firearms, ammunition, and magazines found in the vehicle and on **CEPEDA's** person qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **CEPEDA** did not possess an import/export license nor present one to the CBPOs.

